MERAV PERLSTEIN

    Plaintiff,

  v.

SAATCHI & SAATCHI HEALTHCARE
INNOVATIONS, PUBLICIS HEALTHCARE
COMMUNICATIONS GROUP, INC.,
PUBLICIS GROUPE, SA and SAATCHI &
SAATCHI HEALTHCARE
COMMUNICATIONS, INC.

    Defendants.

No. 2:13-cv-00707-AB

## STIPULATION OF DISMISSAL OF SAATCHI & SAATCHI HEALTHCARE INNOVATIONS AND PUBLICIS GROUPE, SA AS PARTIES

By and through their undersigned counsel, Plaintiff Merav Perlstein and Defendants Saatchi & Saatchi Healthcare Innovations, Publicis Healthcare Communications Group, Inc., Publicis Groupe, SA and Saatchi & Saatchi Healthcare Communications, Inc. (collectively, "Defendants"), hereby stipulate and agree as follows:

1. Defendants represent that Plaintiff was employed by Saatchi & Saatchi Healthcare Communications, Inc. and Publicis Healthcare Communications Group, Inc. within this District during the time pertinent to this action and agree that they are proper party defendants in this action.

2. Defendants represent that Plaintiff was never employed by Saatchi & Saatchi Healthcare Innovations or Publicis Groupe, SA and agree that, if dismissed from this action, they (individually and/or collectively) will satisfy any judgment entered against one or more

remaining defendants to the extent such remaining defendant or defendants fail to promptly satisfy any such judgment.

3.    All of Plaintiff's claims asserted in this action against Saatchi & Saatchi Healthcare Innovations are hereby DISMISSED with prejudice and Saatchi & Saatchi Healthcare Innovations is hereby DISMISSED with prejudice from this action as a defendant, with each party to bear its own costs;

4.    All of Plaintiff's claims asserted in this action against Publicis Groupe, SA are hereby DISMISSED with prejudice and Publicis Groupe, SA is hereby DISMISSED with prejudice from this action as a defendant, with each party to bear its own costs;

5.    To the extent that Saatchi & Saatchi Healthcare Innovations and/or Publicis Groupe, SA contributed in any way to Plaintiff's claims asserted in this action, Saatchi & Saatchi Healthcare Communications, Inc. and Publicis Healthcare Communications Group, Inc. are fully responsible for any such conduct of Saatchi & Saatchi Healthcare Innovations and Publicis Groupe, SA or any employee of Saatchi & Saatchi Healthcare Innovations or Publicis Groupe, SA.

6.    The caption in this action shall be amended to reflect the removal of Saatchi & Saatchi Healthcare Innovations and Publicis Groupe, SA as defendants.

/s/ Scott B. Goldshaw

/s/ Stephanie J. Peet

| | |
|---|---|
| Scott B. Goldshaw, Esquire | Stephanie J. Peet, Esquire |
| Salmanson Goldshaw, P.C. | Samantha Sherwood Bononno, Esquire |
| Two Penn Center | JACKSON LEWIS LLP |
| 1500 JFK Boulevard, Suite 1230 | 1601 Cherry Street, Suite 1350 |
| Philadelphia, PA 19102 | Three Parkway |
| | Philadelphia, PA 19102 |
| Attorney for Plaintiff | |
| | Attorneys for Defendants Saatchi & Saatchi |
| | Science, Saatchi & Saatchi Healthcare |
| | Innovations, Publicis Healthcare |
| | Communications Group, Inc., Publicis Groupe, |
| Dated:  April 10, 2013 | SA and Saatchi & Saatchi Healthcare |
| | Communications, Inc. |

Dated:  April 10, 2013


APPROVED BY THE COURT:


_____          Dated:  _____
                J.


4815-1621-1475, v.  1